# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAGA,<br><br>            Plaintiff,<br><br>      v.<br><br>SHERIFF MARGARET MIMS, et al.,<br><br>            Defendants. | Case No.  1:16-cv-00068 DAD DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SERVE COMPLAINT<br>[ECF No. 7]<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER<br>[ECF No. 9] |

Plaintiff is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On January 15, 2016, Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The complaint is currently pending screening by the Court. On February 25, 2016, Plaintiff filed the instant motion to serve the complaint. Plaintiff is advised that the complaint must first be screened before Defendants may be served. 28 U.S.C. § 1915A(a). Once the complaint is screened, and if the Court determines that service of the complaint on Defendants is warranted, Plaintiff will be given the proper forms and instructions for completion of service.

The Court is aware that the instant complaint is pending. Plaintiff is informed that the Court acts to resolve all pending cases in the most efficient manner possible. The Court's docket of pending cases is substantial and the Court must act first on those matters that have been

1 pending the longest.

2    Also on February 25, 2016, Plaintiff filed a motion for a protective order. He states his
3 legal mail is being opened outside of his presence. Plaintiff presents no legal basis in support of
4 the relief sought and it is not otherwise appropriate. The Court cannot issue the order Plaintiff
5 seeks since the Court does not have jurisdiction over mail handling officials at Avenal State
6 Prison. E.g., Summers v. Earth Island Institute, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009);
7 Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).

8    Accordingly, Plaintiff's motions to serve the complaint and for a protective order are
9 DENIED.

IT IS SO ORDERED.

Dated:   **March 1, 2016**          /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE