UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAGA,<br><br>              Plaintiff,<br><br>       v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>              Defendants. | **CASE No. 1:16-cv-0068-DAD-MJS (PC)**<br><br>**ORDER VACATING ORDER TO SHOW CAUSE; AND**<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE**<br><br>**(ECF NO. 15)**<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 19, 2016, Plaintiff's complaint was screened and found to state cognizable claims against three Defendants. (ECF No. 14.) Plaintiff was granted thirty days to file a notice of his willingness to proceed on the complaint as screened or to file an amended complaint. When Plaintiff did not respond to the Court's Order within the thirty-day period, the undersigned issued an order to show cause why his action should not be dismissed for failure to obey a court order and failure to prosecute. (ECF No. 15.) The fourteen-day period to respond to the order to show cause has now passed, and

Plaintiff has not provided a response to it, submitted a notice of his willingness to proceed on the complaint as screened, or submitted an amended pleading.

Accordingly, IT IS HEREBY ORDERED that the February 3, 2017, order to show cause is VACATED; and

IT IS HEREBY RECOMMENDED that this action be dismissed for failure to obey a court order and failure to prosecute.

The findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with the findings and recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." A party may respond to another party's objections by filing a response within fourteen (14) days after being served with a copy of that party's objections. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   February 27, 2017            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE